**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-4237**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID GLENN GREEN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Lacy H. Thornburg, District Judge.  (CR-00-34-T)

———————

Submitted:  December 5, 2003        Decided:  December 18, 2003

———————

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Louis C. Allen, III, Federal Public Defender, William C. Ingram, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant.  Robert J. Conrad, Jr., United States Attorney, Karen Marston Wilson, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Glenn Green was convicted after a jury trial of two counts each of armed bank robbery and using a firearm during a crime of violence. He appeals the district court's denial of his motion for a new trial based on the Government's non-disclosure of Brady[*] material. We have examined the briefs and record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court from the bench. (J.A. at 931-32). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Brady v. Maryland, 373 U.S. 83 (1963).

2